No. 29, Misc. ALLEN *v.* OKLAHOMA. Court of Criminal Appeals of Oklahoma. Certiorari denied. Petitioner *pro se.* *Charles Nesbitt,* Attorney General of Oklahoma, and *Hugh H. Collum,* Assistant Attorney General, for respondent.

No. 451, Misc. COSEN *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied. Petitioner *pro se.* *William G. Clark,* Attorney General of Illinois, for respondent.

No. 495, Misc. JOHNSON *v.* CALIFORNIA. Supreme Court of California. Certiorari denied. Petitioner *pro se.* *Stanley Mosk,* Attorney General of California, and *Doris H. Maier,* Assistant Attorney General, for respondent.

No. 713, Misc. KALLOS *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se.* *Solicitor General Cox, Acting Assistant Attorney General Guilfoyle* and *Sherman L. Cohn* for the United States.

No. 736, Misc. FARRIOR *v.* WAINWRIGHT, CORRECTIONS DIRECTOR. Supreme Court of Florida. Certiorari denied. Petitioner *pro se.* *Richard W. Ervin,* Attorney General of Florida, and *James G. Mahorner,* Assistant Attorney General, for respondent.

No. 740, Misc. JOSEPH *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 753, Misc. JOHNSON *v.* SETTLE, WARDEN. C. A. 8th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Cox, Assistant Attorney General Marshall* and *Harold H. Greene* for respondent.